**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MELVIN STINNETT *et al.*                                                 PLAINTIFFS
ADC #110536

V.                        NO: 3:10CV00244 SWW

RICHARD BUSBY *et al.*                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of January, 2011.

                                                                                /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE